FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY ISRAEL FIGUEROA,<br><br>    Defendant. | No. 4:16-CR-06040-SAB-1<br><br>**ORDER OF DISMISSAL** |

Before the Court is the Government's Motion for Order of Dismissal, ECF No. 116. The Government moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Superseding Indictment, ECF No. 63, without prejudice. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Order of Dismissal, ECF No. 116, is **GRANTED**.

2. The Superseding Indictment, ECF No. 63, is **DISMISSED** without prejudice.

3. Defendant's Motion in Limine to Preclude Prior Drug Convictions, ECF No. 52, is **DISMISSED AS MOOT**.

//

//

//

**ORDER OF DISMISSAL * 1**

    4. The Government's Motion to Stay Proceedings Pending Appeal, ECF No. 97, is **DISMISSED AS MOOT**.

    **IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

    **DATED** this 5th day of April 2021.



                              Stanley A. Bastian
                      Chief United States District Judge

**ORDER OF DISMISSAL \* 2**